# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON PAASCH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV541 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FORTIS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Withdrawal of Motion to Compel (Filing No. 19). On August 1, 2005, the defendant filed a motion to compel the plaintiffs to provide the initial disclosures required by Fed. R. Civ. P. 26(a)(1) and the progression Orders of the Court (Filing No. 18). The defendant seeks to withdraw the motion to compel because the defendant received the initial disclosures. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Withdrawal of Motion to Compel (Filing No. 19) is granted.

2. The Clerk shall term the plaintiff's Motion to Compel (Filing No. 18) on the docket.

DATED this 17th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge